# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: COMPREHENSIVE IMAGING OF NEW YORK,  § Case No. 1-17-42560-NHL
§
§
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID J. DOYAGA SR., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $0.00                         Assets Exempt: $0.00
(without deducting any secured claims)

Total Distribution to Claimants: $575,636.80    Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $226,463.20
```

3) Total gross receipts of $ 802,100.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $802,100.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 226,463.20 | 226,463.20 | 226,463.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,200,000.00 | 2,050,521.92 | 1,173,451.92 | 575,636.80 |
| **TOTAL DISBURSEMENTS** | $1,200,000.00 | $2,276,985.12 | $1,399,915.12 | $802,100.00 |

4) This case was originally filed under Chapter 7 on May 23, 2017. The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/25/2020          By: /s/DAVID J. DOYAGA SR.
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Adv. Pro 18-01009 Doyaga V. Fernandez Settlement | 1249-000 | 712,100.00 |
| Avd Pro 19-01015 Doyaga V. Schlesinger, LLP | 1249-000 | 90,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$802,100.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - DAVID J. DOYAGA SR. | 2100-000 | N/A | 43,355.00 | 43,355.00 | 43,355.00 |
| Trustee Expenses - DAVID J. DOYAGA SR. | 2200-000 | N/A | 33.00 | 33.00 | 33.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 700.00 | 700.00 | 700.00 |
| Other - Rosen, Kantrow & Dillon, PLLC | 3210-600 | N/A | 162,019.50 | 162,019.50 | 162,019.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rosen, Kantrow & Dillon, PLLC | 3220-610 | N/A | 1,195.70 | 1,195.70 | 1,195.70 |
| Accountant for Trustee Fees (Trustee Firm) - Plotzker & Agarwal, CPAs, LLC | 3310-000 | N/A | 7,098.50 | 7,098.50 | 7,098.50 |
| Accountant for Trustee Expenses (Trustee Firm) - Plotzker & Agarwal, CPAs, LLC | 3320-000 | N/A | 448.66 | 448.66 | 448.66 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 213.13 | 213.13 | 213.13 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 72.71 | 72.71 | 72.71 |
| Other - New York State Department of Taxation and Finance | 2820-000 | N/A | 44.00 | 44.00 | 44.00 |
| Other - New York State Department of Taxation and Finance | 2820-000 | N/A | 302.00 | 302.00 | 302.00 |
| Other - New York State Department of Taxation and Finance | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - Internal Revenue Service | 2810-000 | N/A | 7,185.00 | 7,185.00 | 7,185.00 |
| Other - Internal Revenue Service | 2810-000 | N/A | 3,771.00 | 3,771.00 | 3,771.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $226,463.20 | $226,463.20 | $226,463.20 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | MRI Enterprises, Inc | 7100-000 | N/A | 293,673.00 | 0.00 | 0.00 |
| 2 -1 | MRI Enterprises, Inc | 7100-000 | N/A | 583,397.00 | 0.00 | 0.00 |
| 3 -1 | MRI Enterprises, Inc | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 4 -1 | MRI Enterprises, LLC | 7200-000 | 0.00 | 1,173,451.92 | 1,173,451.92 | 575,636.80 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED-1 | NYC Health + Hospital | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Warminster Investment Corp. c/o Cesar Fernandez, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Solomon Kalish c/o Adam Kalish P.C. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | MRI Enterprises, Inc. c/o Laurence Shiff PC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Horizons Investors, Corp. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Adex Management Corp. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Luciano Bonanni c/o Laurence Shiff PC | 7100-000 | 1,200,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Benito Fernandez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Jaspan Schlesinger LLP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,200,000.00 | $2,050,521.92 | $1,173,451.92 | $575,636.80 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-17-42560-NHL  **Trustee:** (520900) DAVID J. DOYAGA SR.
**Case Name:** COMPREHENSIVE IMAGING OF NEW YORK, **Filed (f) or Converted (c):** 05/23/17 (f)
  **§341(a) Meeting Date:** 06/26/17
**Period Ending:** 11/25/20  **Claims Bar Date:** 01/25/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   void | 0.00 | 0.00 | | 0.00 | 0.00 |
| 2   Adv. Pro 18-01009 Doyaga V. Fernandez Settlement (u) | 712,100.00 | 712,100.00 | | 712,100.00 | FA |
| 3   Avd Pro 19-01015 Doyaga V. Schlesinger, LLP  (u)   Settlement of any and all claims against Defendant Jaspan Schlesinger, LLP   Doyaga V. Japan Adv Proc. No. 19-1015-cec | 90,000.00 | 90,000.00 | | 90,000.00 | FA |
| **3   Assets   Totals** (Excluding unknown values) | **$802,100.00** | **$802,100.00** | | **$802,100.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/26/20 final check cleared October 1, 2020, waiting for October bank statement to show $0 balance

**Initial Projected Date Of Final Report (TFR):** December 31, 2019  **Current Projected Date Of Final Report (TFR):** May 7, 2020  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 1-17-42560-NHL  
**Case Name:** COMPREHENSIVE IMAGING OF NEW YORK,  

**Taxpayer ID #:** **-***4306  
**Period Ending:** 11/25/20  

**Trustee:** DAVID J. DOYAGA SR. (520900)  
**Bank Name:** Mechanics Bank  
**Account:** ******8966 - Checking Account  
**Blanket Bond:** $48,172,046.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/04/18 | {2} | NYC Health + Hospitals | Partial settlement sum | 1249-000 | 66,607.00 | | 66,607.00 |
| 12/04/18 | {2} | NYC Health + Hospitals | Partial settlement proceeds | 1249-000 | 265,493.00 | | 332,100.00 |
| 01/11/19 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/11/2019 FOR CASE #117-42560, Blanket Bond Premium 1.1.19 to 1.1.20 | 2300-000 | | 72.71 | 332,027.29 |
| 01/30/19 | {2} | Chester Ostrowski as counsel Bank check for Def fernandez | | 1249-000 | 380,000.00 | | 712,027.29 |
| 05/08/19 | | Transition Transfer Debit | | 9999-000 | | 712,027.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **712,100.00** | **712,100.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 712,027.29 | |
| | | | **Subtotal** | | **712,100.00** | **72.71** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$712,100.00** | **$72.71** | |

{} Asset reference(s)                                                                                        Printed: 11/25/2020 08:23 AM     V.20.27

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-17-42560-NHL  
**Case Name:** COMPREHENSIVE IMAGING OF NEW YORK,

**Taxpayer ID #:** **-***4306  
**Period Ending:** 11/25/20

**Trustee:** DAVID J. DOYAGA SR. (520900)  
**Bank Name:** People's United Bank  
**Account:** ********7063 - Checking Account  
**Blanket Bond:** $48,172,046.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/08/19 | | Transfer from 0061 to 7063 | Transfer from 0061 to 7063 | 9999-000 | 712,027.29 | | 712,027.29 |
| 01/07/20 | {3} | Jaspan Schlesinger LLP | Settlement of any and all claims against Defendant in Adv. Proc. No. 19-1015-cec Doyaga V. Jaspan | 1249-000 | 90,000.00 | | 802,027.29 |
| 01/08/20 | 10102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2019 FOR CASE #117-42560, 2020 Bond Payment | 2300-000 | | 213.13 | 801,814.16 |
| 03/11/20 | | Misc Adjustment | Misc Adjustment | 9999-000 | | 801,814.16 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **802,027.29** | **802,027.29** | **$0.00** |
| | | | Less: Bank Transfers | | 712,027.29 | 801,814.16 | |
| | | | **Subtotal** | | **90,000.00** | **213.13** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$90,000.00** | **$213.13** | |

{} Asset reference(s)

Printed: 11/25/2020 08:23 AM    V.20.27

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-17-42560-NHL  
**Case Name:** COMPREHENSIVE IMAGING OF NEW YORK,

**Taxpayer ID #:** **-***4306  
**Period Ending:** 11/25/20

**Trustee:** DAVID J. DOYAGA SR. (520900)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******5854 - Checking Account  
**Blanket Bond:** $48,172,046.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/11/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 801,814.16 | | 801,814.16 |
| 03/13/20 | 20103 | Internal Revenue Service | Form 1120 Tax Year 2019 EIN: 03-0394306 Stopped on 08/05/20 | 2810-000 | | 7,185.00 | 794,629.16 |
| 03/13/20 | 20104 | Internal Revenue Service | Form 1120 Tax Year 2020 EIN: 03-0394306 Stopped on 08/05/20 | 2810-000 | | 3,771.00 | 790,858.16 |
| 03/13/20 | 20105 | New York State Department of Taxation and Finance | Forms CT-2/CT-3 Tax Year 2017 | 2820-000 | | 44.00 | 790,814.16 |
| 03/13/20 | 20106 | New York State Department of Taxation and Finance | Forms CT-2/CT-3 Tax Year 2018 | 2820-000 | | 302.00 | 790,512.16 |
| 03/13/20 | 20107 | New York State Department of Taxation and Finance | Forms CT-2/CT-3 Tax Year 2019 | 2820-000 | | 25.00 | 790,487.16 |
| 06/03/20 | 20108 | DAVID J. DOYAGA SR. | Dividend paid 100.00% on $43,355.00, Trustee Compensation;  Reference: | 2100-000 | | 43,355.00 | 747,132.16 |
| 06/03/20 | 20109 | Rosen, Kantrow & Dillon, PLLC | Dividend paid 100.00% on $162,019.50, Special Counsel for Trustee Fees;  Reference: | 3210-600 | | 162,019.50 | 585,112.66 |
| 06/03/20 | 20110 | Rosen, Kantrow & Dillon, PLLC | Dividend paid 100.00% on $1,195.70, Special Counsel for Trustee Expenses;  Reference: | 3220-610 | | 1,195.70 | 583,916.96 |
| 06/03/20 | 20111 | Plotzker & Agarwal, CPAs, LLC | Dividend paid 100.00% on $7,098.50, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 7,098.50 | 576,818.46 |
| 06/03/20 | 20112 | Plotzker & Agarwal, CPAs, LLC | Dividend paid 100.00% on $448.66, Accountant for Trustee Expenses (Trustee Firm);  Reference: | 3320-000 | | 448.66 | 576,369.80 |
| 06/03/20 | 20113 | Clerk of US Bankruptcy Court EDNY | Dividend paid 100.00% on $700.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 700.00 | 575,669.80 |
| 06/03/20 | 20114 | DAVID J. DOYAGA SR. | Dividend paid 100.00% on $33.00, Trustee Expenses;  Reference: | 2200-000 | | 33.00 | 575,636.80 |
| 06/03/20 | 20115 | MRI Enterprises, LLC | Dividend paid 49.05% on $1,173,451.92; Claim# 4 -1; Filed: $1,173,451.92; | 7200-000 | | 575,636.80 | 0.00 |
| 08/05/20 | 20103 | Internal Revenue Service | Form 1120 Tax Year 2019 EIN: 03-0394306 Stopped: check issued on 03/13/20 | 2810-000 | | -7,185.00 | 7,185.00 |
| 08/05/20 | 20104 | Internal Revenue Service | Form 1120 Tax Year 2020 EIN: 03-0394306 Stopped: check issued on 03/13/20 | 2810-000 | | -3,771.00 | 10,956.00 |
| 08/05/20 | 20116 | Internal Revenue Service | Form 1120 Tax Year 2019 EIN : 03-0394306 | 2810-000 | | 7,185.00 | 3,771.00 |
| 08/05/20 | 20117 | Internal Revenue Service | Form 1120 Tax Year 2020 EIN: 03-0394306 | 2810-000 | | 3,771.00 | 0.00 |

Subtotals :     $801,814.16     $801,814.16

{} Asset reference(s)

Case 1-17-42560-jmm    Doc 98    Filed 12/08/20    Entered 12/08/20 18:05:42

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 1-17-42560-NHL  
**Case Name:** COMPREHENSIVE IMAGING OF NEW YORK,

**Taxpayer ID #:** **-***4306  
**Period Ending:** 11/25/20

**Trustee:** DAVID J. DOYAGA SR. (520900)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******5854 - Checking Account  
**Blanket Bond:** $48,172,046.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **801,814.16** | **801,814.16** | **$0.00** |
| | | | Less: Bank Transfers | | 801,814.16 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **801,814.16** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$801,814.16** | |

|  |  |
|---|---|
| Net Receipts : | 802,100.00 |
| Net Estate : | $802,100.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8966** | **712,100.00** | **72.71** | **0.00** |
| **Checking # ********7063** | **90,000.00** | **213.13** | **0.00** |
| **Checking # ******5854** | **0.00** | **801,814.16** | **0.00** |
| | **$802,100.00** | **$802,100.00** | **$0.00** |

{} Asset reference(s)

Printed: 11/25/2020 08:23 AM    V.20.27